## Lupe Marques, Plaintiff-Appellant, v. Rita Navarro, Defendant-Appellee.

### Gen. No. 47,791.

First District, Second Division.
February 2, 1960.
Released for publication March 4, 1960.

Blowitz and Ozmon (Donald M. Orstrom, of counsel) for appellant; Nathan Shefner, for defendant-appellee. Opinion by JUSTICE BURMAN. Not to be published in full.